Cause #'s 1:23-cv-130, 9:23-cv-62, 1:23-cv-131

Marvin Eugene Gates Jr.

VS

Christopher Noraworthy
Major Gilder
Netherland

Motion to dismiss for a default Judgment.
Defendant has been served a tort law suit, and has failed to response after 60 days, and more has passed.
Therefore defendant fortiet all other legal processes at court and a defaut Judgment for Petitioner must be Granted.

Presiding Judge

Executed this ___ day of _____ 20__ . A.D.

This is a New Address:
Marvin Gates #421132
Cotulla Unit
610 FM 624
Cotulla, TX. 78014

clerk,
Please send me the cause numbers of every lawsuit I have active in this court and the defendants names, and the charge I have a against them. I've been moved around too much. Records lost.

Thanking you in advance for your help in this matter.

11-21-23

Marvin Yates #42113?
Estelle Unit
e10 FM Unit 624
Estella, TX. 77014

CLERK, U.S. DISTRICT COURT
RECEIVED
NOV 27 2023
EASTERN DISTRICT OF TEXAS
LUFKIN, TEXAS

United States District Court
Eastern District of Texas
104 North Third Street
Lufkin TX. 75901

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
22 NOV 2023 PM 2 L

FOREVER/USA