IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| MARVIN EUGENE GATES, JR. | § | |
| VS. | § | CIVIL ACTION NO. 1:23-cv-131 |
| NEDERLAND TANK WASH, ET AL. | § | |

## ACKNOWLEDGMENT OF DISMISSAL

Plaintiff has filed a motion requesting to dismiss his lawsuit. (ECF No. 28) Plaintiff's motion is interpreted as a Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) before the opposing parties served either an answer or motion for summary judgment. Accordingly, the court acknowledges that this action is dismissed in its entirety, without prejudice, effective the date of the party's voluntary dismissal.

All motions by either party not previously ruled on are DENIED.

SIGNED this 3rd day of September, 2024.

_____

Zack Hawthorn
United States Magistrate Judge